UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED
JAN 19 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CORTEZ M. TYLER,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>THOMAS HOWARD,<br><br>    Defendant - Appellee. | No. 05-35235<br>D.C. No. CV-03-00124-JKS<br><br>**ORDER** |

RECEIVED
JAN 25 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

    A review of the file in this case reveals that the appellant has failed to perfect the appeal as prescribed by the Federal Rules of Appellate Procedure.

    Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to file the opening brief on appeal in this case.

    A certified copy of this order sent to the district court shall act as and for the mandate of this court.

FOR THE COURT:

Cathy A. Catterson
Clerk of Court

By: Gerald Rosen
Deputy Clerk

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JAN 19 2006

by: _____ Deputy Clerk