**MINUTES OF THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ALASKA**

*Tyler v. Howard*
Case No. 3:03-cv-0124-JKS

By:                     THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:           Dan Maus, Case Management: 677-6123*

<u>PROCEEDINGS</u>:        TENTATIVE ORDER FROM CHAMBERS

On February 23, 2006, the Court received a letter from Cortez Tyler complaining that the Department of Corrections was not appropriately responding to this Court's order of approximately one year ago granting waiver of prepayment of the filing fee on appeal.  Mr. Tyler states that this failure occurred after he was transferred from one institution to another, and that he is now incarcerated at the Anchorage Jail Complex.[1]

The Clerk of Court is directed to send a copy of Mr. Cortez's letter to Probation and to the United States Attorney's Office, who will have until **March 13, 2006,** to respond to the letter.  If there is no response, the Clerk of Court will send a copy of the order granting waiver of prepayment of fees on appeal, at docket number 136, to the Anchorage Jail Complex East, where Mr. Tyler is currently incarcerated.

**IT IS SO ORDERED.**

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: <u>March 6, 2006</u>

*       ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.
Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion.  *See* Fed. R. Civ. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b).  No one should telephone, fax, or write to chambers regarding pending cases.  The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.

---

[1]  Mr. Tyler's envelope indicates that he is at the Anchorage Jail Complex East.